## LEE SMITH *v.* AETNA LIFE AND CASUALTY COMPANY ET AL.
### (15276)

Foti, Lavery and Spear, Js.

Submitted on briefs October 28—officially released November 12, 1996

Per Curiam. The decision of the workers' compensation review board is affirmed.

## WILLIAM C. SMITH III  *v.* PATRICIA ANN SMITH
### (15311)

Foti, Lavery and Spear, Js.

Submitted on briefs October 28—officially released November 12, 1996

Per Curiam. The judgment is affirmed.

## NANETTE PARDEW *v.* ROBIN DEXTRADEUR
### (15341)

Foti, Lavery and Spear, Js.

Submitted on briefs October 28—officially released November 12, 1996

Per Curiam. The judgment is affirmed.